**In the Matter of Lavaughn MOUNT.**

No. 63426.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 5, 1994.

Seth D. Shumaker, Lancaster, for appellant.

Gary L. Dial, Memphis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

William Barneyback appeals from an order of the Probate Division of the Circuit Court of Scotland County denying his petition for appointment as guardian of LaVaughn Mount and conservator of her estate.

The judgment is supported by substantial evidence and is not against the weight of the evidence, and no error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, we have furnished the parties with a memorandum opinion setting forth the facts and reasons for this order. The judgment is affirmed according to Rule 84.16(b)

**Anthony M. ROGERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 64987.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 5, 1994.

Gary E. Brotherton, Columbia, Office of the State Public Defender, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTBER, C.J., and PUDLOWSKI and SIMON, JJ.

*ORDER*

PER CURIAM.

Appellant, Anthony M. Rogers, appeals from the Circuit Court of Jefferson County's dismissal of his Rule 24.035 motion as untimely. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rules 84.16(b) and 30.25(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.